# LESTER & ASSOCIATES, P.C.

Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281
rlester@rlesterlaw.com

ROY J. LESTER*

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

GABRIEL R. KORINMAN
JOHN D. SCHERER
SEUNG WOO LEE

PETER K. KAMRAN, OF COUNSEL
MARK I. MASINI, OF COUNSEL

*ALSO ADMITTED IN CA

March 12, 2020

The Honorable Robert E. Grossman
United States Bankruptcy Court
290 Federal Plaza, P.O. Box 9013
Central Islip, New York 11722
Via ECF

Re:     *Jeffrey Zysberg*, Chapter 13 Case No. 20-70072

Dear Honorable Sir:

Please allow this letter to serve as a withdrawal of our firm's administrative Proof of Claim (POC #16) which was filed in error in this case.

Thank you and if you have any questions, please do not hesitate to contact me.

Very truly yours,

/s/ Peter K. Kamran
Peter K. Kamran

cc:     (*Via First Class Mail*)
Michael J. Macco, Trustee
2950 Express Drive South, Ste 109
Islandia, NY 11749

US Trustee's Office
560 Federal Plaza, Room 563
Central Islip, NY 11722