UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
In re:                                                                    Case No.: 20-70072-

    Jeffrey Zysberg,                                              reg

               Debtor.                                           Chapter 13
---------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the annexed Declaration of Jeffrey Zysberg executed on June 7, 2020, the affirmation of Peter K. Kamran executed on June 8, 2020, the Local Rule 9077-1 affirmation of Peter K. Kamran executed on June 8, 2020, and all prior proceeding had herein for an Order pursuant to 11 U.S.C. Sections 105 and 1301 (i) directing and ordering Steven and Toby Rabinowitz and/or their agents and representatives (the "**Claimants**") to cease any and all judgment enforcement and collection activities against the Debtor's wife, Janet Zysberg ("**Ms. Zysberg**"), (ii) directing that any funds seized from Ms. Zysberg be immediately returned, and (iii) holding Claimants in violation of the co-debtor stay and sanctioning Claimants in an amount to be determined by the Court, but not less than Debtor's attorney's fees in connection with this application., and sufficient cause appearing therefore, it is

**ORDERED**, that a hearing be held before this Court on June 10, 2020, at 10:00 am, or as soon thereafter as counsel may be heard to consider the Application. The hearing will be conducted telephonically through Court Solutions. Instructions for participating by phone can be found on the Court's website at www.nyeb.uscourts.gov; and it is further

**ORDERED**, that any and all collection or judgment enforcement activities against Janet Zysberg on behalf of Claimants immediately cease pending further Order of this Court; and it is further

**ORDERED**, that Claimant is hereby restrained from dissipating, spending, or utilizing in any way shape or form, any funds seized or held by Claimants which emanated from TD Bank N.A. account number XXXXXX9946 pending further Order of this Court; and it is further

**ORDERED**, that a copy of this Order to Show Cause and the Application upon which it is based be served *via* electronic mail or facsimile transmission on or before June 8, 2020, on: (i) the United States Trustee, (ii) the Chapter 13 Trustee, and (iii) Thomas Weiss, Esq. (counsel to Claimants); and that such service shall constitute good and sufficient Notice of this Application and proof of such service shall be filed on oe before June 9, 2020 at 12:00 pm.  Opposition to the relief requested and to the relief entered under this Order shall be entertained orally at the hearing.

**Dated: Central Islip, New York**  
**June 8, 2020**

**Robert E. Grossman**  
**United States Bankruptcy Judge**